IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

**KURT FRASER, et al.**
2807 Caraway Court
Edgewater, MD 21037
(ANNE ARUNDEL COUNTY)

**Plaintiffs,**

**vs.**                                    **Civil No.: L02CV2120**

**ANN VENEMAN, SECRETARY**
U.S. DEPARTMENT OF AGRICULTURE
10300 Baltimore Boulevard
Beltsville, Maryland 20705

**Defendant.**

---

### ORDER

**WHEREBY the** Plaintiffs, Kurt Fraser, et al. have moved this court for a Voluntary

Dismissal without prejudice in accordance to FRCP 41 (a) (1), it is hereby ORDERED as

follows:

Plaintiffs' motion is GRANTED this date, ~~August~~ September 3rd 2002;

Plaintiffs' motion is DENIED this date, August_____2002.

So shall it be ORDERED.

_B. Legg_
Judge Benson E. Legg